

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAFAEL BIRRUETA MENDOZA, | No. C11-5436 RJB |
| Petitioner-Appellant, | [PROPOSED] ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent-Appellee. | |

This matter comes before the Court on Mr. Mendoza's motion to strike the January 4, 2012. The Clerk is directed to strike the hearing.

Dated this 27 day of December, 2011.

_____
The Honorable Robert J. Bryan
UNITES STATES DISTRICT COURT JUDGE

ORDER - 1



11-CV-05436-ORD