FILED RECEIVED LODGED
DEC 27 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAFAEL BIRRUETA MENDOZA,<br>Petitioner-Appellant,<br>vs.<br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | No. C11-5436 RJB<br><br>~~[PROPOSED]~~ ORDER |

This matter comes before the Court on Mr. Mendoza's motion to strike the January 4, 2012. The Clerk is directed to strike the hearing.

Dated this 27 day of December, 2011.

[signature]

The Honorable Robert J. Bryan
UNITES STATES DISTRICT COURT JUDGE

11-CV-05436-ORD